UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LG&E AND KU ENERGY PENSION PLAN
et al.,                                                                                                              Plaintiffs,

v.                                                                                  Civil Action No. 3:20-cv-363-DJH-CHL

GLORIA JEAN ROLLINS and ANNETTE
FRANCIS HARROD,                                                                                      Defendants.

\* \* \* \* \*

**ORDER**

Defendant Gloria Jean Rollins moved for a "decision to release all Benefits and Pension to the legal spouse." (Docket No. 19)  The motion was referred to Magistrate Judge Colin H. Lindsay for a report and recommendation.  (D.N. 21)  Judge Lindsay entered his Report and Recommendation on October 27, 2021, recommending that Rollins's motion be granted and a declaratory judgment be entered in Rollins's favor.  (D.N. 25)  The time for objections to the magistrate judge's findings and recommendations has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the Report and Recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and sees no error in the magistrate judge's findings and conclusions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 25) is **ADOPTED** in full and **INCORPORATED** by reference herein.

1

2

(2)  Rollins's Motion to Release All Benefits and Pension to the Legal Spouse Gloria Jean Rollins (D.N. 19) is **GRANTED**.

(3)  A separate judgment will be entered this date.

November 29, 2021

David J. Hale, Judge
United States District Court

2